IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTONIO LORENZO HOGGAN**                                        **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 1:24-cv-00345-TBM-RPM**

**CITY OF GULFPORT POLICE DEPARTMENT**                      **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 22nd day of July, 2025.

                                                        TAYLOR B. McNEEL
                                                        UNITED STATES DISTRICT JUDGE